Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-560**

**Effective Date of Registration:**
September 18, 2024
**Registration Decision Date:**
November 04, 2024

---

### Title

| | |
|---|---|
| **Title of Work:** | Throw Caution to the Wind |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | April 01, 2003 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Greg Alexander |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Greg Alexander |
| | 27985 Hwy 118, Ashland, WI, 54806, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ansada Licensing Group, LLC |
| **Name:** | Angela Sauro Davis |
| **Email:** | angela@ansadagroup.com |
| **Telephone:** | (941)758-0924 |
| **Address:** | 5438 Lockwood Ridge Road #162 |
| | Bradenton, FL 34203 United States |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

