**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREG ALEXANDER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-07026

Judge Jorge L. Alonso

Magistrate Judge Maria Valdez

**PLAINTIFF'S MOTION TO REINSTATE CIVIL ACTION NO. 1:25-cv-07026**

Plaintiff, Greg Alexander ("Plaintiff"), respectfully moves the Court to reinstate this action for the limited purpose of entering the agreed Consent Judgment against Defendant Nos. 55 Art Gallerys et al.[1] (the "Defendants"), who settled Plaintiff's claims but failed to pay the settlement amount to which they agreed.

Plaintiff and the Defendants executed a settlement agreement resolving Plaintiff's claims against them and promptly notified the Court. [64]. The Court subsequently dismissed the case without prejudice with leave to reinstate by August 19, 2026. [65]. Defendants agreed to pay the settlement amount by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

[1]The "Settling Defendants" are Defendant Nos. 55 Art Gallerys, 59 Canvas Heaven, 60 ALL DECOR, 61 OHIGOU, 68 SP Wall Art, 71 MYsee, 74 one apple poster, 77 Doll Decoration Painting, 81 WZwallart, 82 Spring Warm Decoration Painting, 83 Rainbow decorative painting, 87 peacefulful, 88 JIAKE WALL ART, 89 FARFRE ART, 109 Nordica Art Decor, 110 ZH Canvas Art, 111 SL ART, 116 Silver Stream Wall Art, 119 WZCwallart, 122 Sailor Mn Wall Decor, 125 Luxe Fine Art, 126 TOHOMA, 127 Jwallart, 128 Zting Wall Art, 129 Sunshine Canvas Art, 130 BJHG Mall, 133 Nebula Brushworks, 135 Decorative posters, 136 DDT ART, 137 YY Oil Painting Posters, 139 RS ART PAINTING, 140 aqiang Wall Art, 144 posters ONE, 146 Yally Wall Art, 150 Beautiful poster style, 151 Niceposter, 152 Free spirit posters, 155 Home of Posters, 156 apple poster, 158 This poster looks great, 159 Hot Wind Art, 163 Tacheng Decorative Painting, 164 XHY Decorative paintings and posters, 167 fortunate life mat, 177 Oil painting poster expert, 178 TC Wall Art, 179 Holiday decoration posters, 180 CJ Art House, 181 CanvasWispers, 185 Sixinone, 186 TinkLike poster, 189 Kute Wall Art, 190 ye Art, and 198 The home of super oil paintings.

Consistent with the Parties' agreement, and with Defendants' consent, Plaintiff concurrently files herewith a motion for entry of the proposed Consent Judgment, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested. Reinstatement is therefore warranted so that the Court may enter the agreed Consent Judgment to which the Defendants already consented. Once the Consent Judgment is entered, no defendants will remain, and this action may again be closed.

WHEREFORE, Plaintiff respectfully requests that the Court reinstate this action as to the Defendants for the limited purpose of entering the agreed Consent Judgment attached to Plaintiff's concurrently filed Agreed Motion for Entry of Consent Judgment.

DATED: August 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 18, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt