**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREG ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:25-cv-07026<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Maria Valdez |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Greg Alexander ("Plaintiff"), with the agreement and consent of Defendant Nos. 55 Art Gallerys et al.[1] (collectively, the "Defendants"), respectfully moves the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached hereto as Exhibit A. In support, Plaintiff states as follows:

The Parties executed a settlement agreement resolving all claims in this action. Under that agreement, Defendants agreed to pay Plaintiff forty thousand five hundred dollars ($40,500) (the "Settlement Amount") by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

[1]"Defendants" include Defendant Nos. 55 Art Gallerys, 59 Canvas Heaven, 60 ALL DECOR, 61 OHIGOU, 68 SP Wall Art, 71 MYsee, 74 one apple poster, 77 Doll Decoration Painting, 81 WZwallart, 82 Spring Warm Decoration Painting, 83 Rainbow decorative painting, 87 peacefulful, 88 JIAKE WALL ART, 89 FARFRE ART, 109 Nordica Art Decor, 110 ZH Canvas Art, 111 SL ART, 116 Silver Stream Wall Art, 119 WZCwallart, 122 Sailor Mn Wall Decor, 125 Luxe Fine Art, 126 TOHOMA, 127 Jwallart, 128 Zting Wall Art, 129 Sunshine Canvas Art, 130 BJHG Mall, 133 Nebula Brushworks, 135 Decorative posters, 136 DDT ART, 137 YY Oil Painting Posters, 139 RS ART PAINTING, 140 aqiang Wall Art, 144 posters ONE, 146 Yally Wall Art, 150 Beautiful poster style, 151 Niceposter, 152 Free spirit posters, 155 Home of Posters, 156 apple poster, 158 This poster looks great, 159 Hot Wind Art, 163 Tacheng Decorative Painting, 164 XHY Decorative paintings and posters, 167 fortunate life mat, 177 Oil painting poster expert, 178 TC Wall Art, 179 Holiday decoration posters, 180 CJ Art House, 181 CanvasWispers, 185 Sixinone, 186 TinkLike poster, 189 Kute Wall Art, 190 ye Art, and 198 The home of super oil paintings.

Defendants did not remit the Settlement Amount within the time required, and the Settlement Amount remains unpaid. Consistent with the Parties' agreement, and with Defendants' consent, Plaintiff moves for entry of the proposed Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested.

Accordingly, the Parties respectfully request that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: August 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 18, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREG ALEXANDER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-07026

Judge Jorge L. Alonso

Magistrate Judge Maria Valdez

## CONSENT JUDGMENT

This action having been commenced by Plaintiff GREG ALEXANDER ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 55 | Art Gallerys | 634418219247289 |
| 59 | Canvas Heaven | 634418217267075 |
| 60 | ALL DECOR | 634418219684049 |
| 61 | OHIGOU | 634418218620481 |
| 68 | SP Wall Art | 634418217867623 |
| 71 | MYsee | 634418217685848 |
| 74 | one apple poster | 634418219654011 |
| 77 | Doll Decoration Painting | 634418219123357 |
| 81 | WZwallart | 634418217883898 |
| 82 | Spring Warm Decoration Painting | 634418219618850 |
| 83 | Rainbow decorative painting | 634418219618567 |
| 87 | peacefulful | 634418217778416 |
| 88 | JIAKE WALL ART | 634418217486438 |
| 89 | FARFRE ART | 634418216814549 |

| | | |
|---|---|---|
| 109 | Nordica Art Decor | 634418210991444 |
| 110 | ZH Canvas Art | 634418218219368 |
| 111 | SL ART | 634418218759606 |
| 116 | Silver Stream Wall Art | 634418219038314 |
| 119 | WZCwallart | 634418217800255 |
| 122 | Sailor Mn Wall Decor | 634418218193640 |
| 125 | Luxe Fine Art | 634418219068890 |
| 126 | TOHOMA | 634418217146871 |
| 127 | Jwallart | 634418218027436 |
| 128 | Zting Wall Art | 634418217865449 |
| 129 | Sunshine Canvas Art | 634418218219192 |
| 130 | BJHG Mall | 634418216596001 |
| 133 | Nebula Brushworks | 634418218863050 |
| 135 | Decorative posters | 634418216887453 |
| 136 | DDT ART | 634418219080132 |
| 137 | YY Oil Painting Posters | 634418218258392 |
| 139 | RS ART PAINTING | 634418215150703 |
| 140 | aqiang Wall Art | 634418218530379 |
| 144 | posters ONE | 634418219371824 |
| 146 | Yally Wall Art | 634418217856793 |
| 150 | Beautiful poster style | 634418219042152 |
| 151 | Niceposter | 634418216378990 |
| 152 | Free spirit posters | 634418219317255 |
| 155 | Home of Posters | 634418218141529 |
| 156 | apple poster | 634418219720704 |
| 158 | This poster looks great | 634418218732626 |
| 159 | Hot Wind Art | 634418219958715 |
| 163 | Tacheng Decorative Painting | 634418219618669 |
| 164 | XHY Decorative paintings and posters | 601099902026525 |
| 167 | fortunate life mat | 634418218097841 |
| 177 | Oil painting poster expert | 634418219622390 |
| 178 | TC Wall Art | 634418218369387 |
| 179 | Holiday decoration posters | 634418219043963 |
| 180 | CJ Art House | 634418218411055 |

| | | |
|---|---|---|
| 181 | CanvasWispers | 634418218791467 |
| 185 | Sixinone | 634418219391864 |
| 186 | TinkLike poster | 634418216267528 |
| 189 | Kute Wall Art | 634418219482555 |
| 190 | ye Art | 634418219315679 |
| 198 | The home of super oil paintings | 634418219537209 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the GREG ALEXANDER Works listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the GREG ALEXANDER Works in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine GREG ALEXANDER product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff

and approved by Plaintiff for sale under the GREG ALEXANDER Works;

c. committing any acts calculated to cause consumers to believe that Defendant's Infringing GREG ALEXANDER Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the GREG ALEXANDER Works and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the GREG ALEXANDER Works.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff forty thousand five hundred dollars ($40,500) in damages (the "Damage Amount").

3. Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: _______________, 2026

______________________________________
Jorge L. Alonso
United States District Judge