**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREG ALEXANDER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-07026

Judge Jorge L. Alonso

Magistrate Judge Maria Valdez

**CORRECTED CONSENT JUDGMENT**

This action having been commenced by Plaintiff GREG ALEXANDER ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 55 | Art Gallerys | 634418219247289 |
| 59 | Canvas Heaven | 634418217267075 |
| 60 | ALL DECOR | 634418219684049 |
| 61 | OHIGOU | 634418218620481 |
| 68 | SP Wall Art | 634418217867623 |
| 71 | MYsee | 634418217685848 |
| 74 | one apple poster | 634418219654011 |
| 77 | Doll Decoration Painting | 634418219123357 |
| 81 | WZwallart | 634418217883898 |
| 82 | Spring Warm Decoration Painting | 634418219618850 |
| 83 | Rainbow decorative painting | 634418219618567 |
| 87 | peacefulful | 634418217778416 |
| 88 | JIAKE WALL ART | 634418217486438 |
| 89 | FARFRE ART | 634418216814549 |
| 109 | Nordica Art Decor | 634418210991444 |

| | | |
|---|---|---|
| 110 | ZH Canvas Art | 634418218219368 |
| 111 | SL ART | 634418218759606 |
| 116 | Silver Stream Wall Art | 634418219038314 |
| 119 | WZCwallart | 634418217800255 |
| 122 | Sailor Mn Wall Decor | 634418218193640 |
| 125 | Luxe Fine Art | 634418219068890 |
| 126 | TOHOMA | 634418217146871 |
| 127 | Jwallart | 634418218027436 |
| 128 | Zting Wall Art | 634418217865449 |
| 129 | Sunshine Canvas Art | 634418218219192 |
| 130 | BJHG Mall | 634418216596001 |
| 133 | Nebula Brushworks | 634418218863050 |
| 135 | Decorative posters | 634418216887453 |
| 136 | DDT ART | 634418219080132 |
| 137 | YY Oil Painting Posters | 634418218258392 |
| 139 | RS ART PAINTING | 634418215150703 |
| 140 | aqiang Wall Art | 634418218530379 |
| 144 | posters ONE | 634418219371824 |
| 146 | Yally Wall Art | 634418217856793 |
| 150 | Beautiful poster style | 634418219042152 |
| 151 | Niceposter | 634418216378990 |
| 152 | Free spirit posters | 634418219317255 |
| 155 | Home of Posters | 634418218141529 |
| 156 | apple poster | 634418219720704 |
| 158 | This poster looks great | 634418218732626 |
| 159 | Hot Wind Art | 634418219958715 |
| 163 | Tacheng Decorative Painting | 634418219618669 |
| 164 | XHY Decorative paintings and posters | 601099902026525 |
| 167 | fortunate life mat | 634418218097841 |
| 177 | Oil painting poster expert | 634418219622390 |
| 178 | TC Wall Art | 634418218369387 |
| 179 | Holiday decoration posters | 634418219043963 |
| 180 | CJ Art House | 634418218411055 |
| 181 | CanvasWispers | 634418218791467 |

| | | |
|---|---|---|
| 185 | Sixinone | 634418219391864 |
| 186 | TinkLike poster | 634418216267528 |
| 189 | Kute Wall Art | 634418219482555 |
| 190 | ye Art | 634418219315679 |
| 198 | The home of super oil paintings | 634418219537209 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the GREG ALEXANDER Works listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the GREG ALEXANDER Works in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine GREG ALEXANDER product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff

and approved by Plaintiff for sale under the GREG ALEXANDER Works;

c. committing any acts calculated to cause consumers to believe that Defendant's Infringing GREG ALEXANDER Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the GREG ALEXANDER Works and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the GREG ALEXANDER Works.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff forty thousand five hundred dollars ($40,500) in damages (the "Damage Amount").

3. Whaleco, Inc. d/b/a Temu ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendants' failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: September 16, 2026

Jorge L. Alonso
United States District Judge